# LAW OFFICE OF MATTHEW FLAMM

150 Broadway, Suite 712
New York, New York 10038

matthewflamm@msn.com
718/797-3117 • 917/495-2331

By ECF

May 16, 2017

The Honorable Cheryl Pollak
United States Magistrate Judge
225 Cadman Plaza East
Brooklyn, New York

Re:   Canales v. City of New York and Others
      15 CV 4823 (ARR)(CLP)

Your Honor:

I represent Julio Canales in this §1983 police misconduct action referred by Judge Ross for general pretrial supervision.

Defense counsel and I spoke with Chambers earlier today and plaintiff, with defendants' consent, requests that today's settlement conference be adjourned to May 23 at 10:00 a.m..

I was unexpectedly delayed by another court appearance and was not able to appear before Your Honor until 12:15 today, too late for the Court to accommodate me.

Thank you for considering this application.

Respectfully submitted,

Matthew Flamm

cc:   Elissa Jacobs